IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DAWN HOCH, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-4805 |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 29th day of April, 2009, upon consideration of the Cross-Motions for Summary Judgment filed by Plaintiff Dawn Hoch (Doc. No. 11) and Defendant Hartford Life and Accident Insurance Company (Doc. No. 10), and the responses thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE